TERESA C. CHOW, Bar No. 237694
*tchow@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:    310.820.8859

*Attorneys for Defendant*
OAKWOOD UNIVERSITY, INC.

SCOTT EDWARD COLE, Bar No. 160744
*sec@colevannote.com*
LAURA GRACE VAN NOTE, Bar No. 310160
*lvn@colevannote.com*
CODY ALEXANDER BOLCE, Bar No. 322725
*cab@colevannote.com*
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, CA 94607
Telephone:  510.891.9800
Facsimile:    510.891.7030

*Attorneys for Plaintiff*
FRANCES DIAZ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES DIAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OAKWOOD UNIVERSITY, INC.,<br><br>Defendant. | Case No.: 3:22-cv-01844-L-MDD<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Case Filed:           11/22/2022 |

**TO THE HONORABLE COURT:**

Please take notice that plaintiff Frances Diaz ("Plaintiff") and defendant Oakwood University, Inc. ("Defendant," and together with Plaintiff, the "Parties") have reached a settlement in principle ("Settlement") of the above-captioned action ("Action"), conditioned upon the execution of a formal Settlement Agreement. The Parties are currently in the process of preparing and finalizing the terms of the Settlement Agreement, and anticipate that process will be completed within 45 days. The Parties respectfully request that the Court vacate all current deadlines in the Action, including but not limited to Defendant's current responsive pleading deadline of April 28, 2023. If, for any reason, the Settlement is not finalized, the Parties will jointly advise the Court within the next 45 days, no later than June 12, 2023.

Dated: April 28, 2023         Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Teresa C. Chow*
      TERESA C. CHOW

*Attorneys for Defendant*
OAKWOOD UNIVERSITY, INC.

Dated: April 28 2023          **COLE & VAN NOTE**

By: */s/ Scott Cole*
      SCOTT E. COLE

*Attorneys for Plaintiff*
FRANCES DIAZ

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Teresa C. Chow, hereby certify that the content of the foregoing Notice of Conditional Settlement is acceptable to Mr. Scott Edward Cole, counsel for Plaintiff Frances Diaz, and that I have obtained Mr. Cole's authorization to affix his electronic signature to this document.

　　　　　　　　　　　　　　　　　　　*/s/ Teresa C. Chow*
　　　　　　　　　　　　　　　　　　　TERESA C. CHOW