Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:  (510) 891-9800
Facsimile:   (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Web:  www.colevannote.com

Attorneys for Representative Plaintiff
and the Plaintiff Class(es)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES DIAZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OAKWOOD UNIVERSITY, INC.<br><br>Defendant. | Case No. 3:22-cv-01844-L-BGS<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed.

Dated: August 9, 2023            **COLE & VAN NOTE**

By:   */s/ Scott Edward Cole*
        Scott Edward Cole, Esq.
        Attorneys for Representative Plaintiff
        and the Plaintiff Class(es)

-1-
NOTICE OF VOLUNTARY DISMISSAL
3:22-cv-1844-L-BGS

## CERTIFICATE OF SERVICE

    I hereby certify that, on June 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Scott Edward Cole*
Scott Edward Cole, Esq.